**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WILLIAM RICCARD,**

               **Plaintiff,**

**-vs-**                                                 **Case No. 6:97-cv-1390-Orl-31DAB**

**PRUDENTIAL INSURANCE COMPANY**
**OF AMERICA,**

               **Defendant.**

**ORDER**

The Plaintiff has filed an affidavit (Doc. 251) and accompanying attachments that appear to be related to a previously filed motion to set aside the judgment (Doc. 245). However, the affidavit lacks a case style and other information explaining its intended use. In addition, the affidavit has not been signed or notarized. Rather than have the Court try to guess which filings relate to which documents, the Court hereby **STRIKES** the motion to set aside the judgment (Doc. 245), the memorandum in support of that motion (Doc. 246), and the "Affidavit of William Riccard" (Doc. 251). The Plaintiff may refile the motion, memorandum and accompanying exhibits but should insure the filings have appropriate case styles and, where appropriate, are accompanied by notices of filing identifying the documents to which they relate.

In addition, although the Plaintiff has withdrawn (Doc. 252) his motion for leave to file hard copies of attachments to affidavit (Doc. 249), the Court prefers to receive attachments in hard copy form in this matter. The Plaintiff is therefore **ORDERED** to file any attachments to his motion to vacate, memorandum in support, or other documents in hard copy form.

**DONE** and **ORDERED** in Orlando, Florida on October 5, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties